UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREG ADISHIAN on Behalf of Himself and ALL Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-873-JKP (HJB) |
| XPEL TECHNOLOGIES CORP, CEO RYAN L. PAPE, and CFO BARRY R. WOOD, | § § § § § | |
| Defendants. | § | |

**ORDER SETTING
IN-PERSON STATUS CONFERENCE**

Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b).   (*See* Docket Entry 6.)   It is hereby **ORDERED** that an in-person Status Conference is set on **November 13, 2024**, at **2:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on August 16, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge