**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| GREG ADISHIAN, on Behalf of Himself and All Others Similarly Situated, | Civil Action No. 5:24-cv-00873-JKP-HJB |
| Plaintiff, | CLASS ACTION |
| v. | |
| XPEL, INC., RYAN L. PAPE, AND BARRY R. WOOD, | |
| Defendants. | |

**DECLARATION OF CAMERON CANO IN SUPPORT OF**
**GREG ADISHIAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF CO-LEAD COUNSEL**

I, Cameron Cano, hereby declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff movant Greg Adishian ("Movant").

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Scott+Scott and The Schall law Firm ("SLF") as Co-Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:     Notice published August 8, 2024, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      Movant's PSLRA Certification;

Exhibit C:      Movant's Loss Chart;

Exhibit D:     Movant's Declaration;

Exhibit E:     Scott+Scott's firm résumé; and

Exhibit F:     SLF's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 7th day of October, 2024.

DATED:  October 7, 2024                    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Cameron Cano*
Cameron Cano (24101314)
7718 Wood Hollow Drive, Suite 105
Austin, TX 78731
Telephone: (737) 843-2007
ccano@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
Nicholas S. Bruno (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

1

tlaughlin@scott-scott.com
nbruno@scott-scott.com


**THE SCHALL LAW FIRM**
Brian J. Schall (*pro hac vice* forthcoming)
Brian England (*pro hac vice* forthcoming)
Andrew Brown (*pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
briane@schallfirm.com
andrew@schallfirm.com

*Counsel for Lead Plaintiff Movant Greg Adishian*
*and Proposed Co-Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Cameron Cano*
Cameron Cano