# EXHIBIT A

Case 5:24-cv-00873-JKP     Document 13-2     Filed 10/07/24     Page 2 of 3





## Scott+Scott Attorneys at Law LLP Files Securities Class Action Against XPEL, Inc. (NASDAQ: XPEL)

August 08, 2024 03:40 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities Class Action lawsuit in the United States District Court for the Western District of Texas against XPEL, Inc. ("XPEL" or the "Company") (NASDAQ: XPEL), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired XPEL securities between November 8, 2023, and May 2, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Adishian v. XPEL, Inc., et al.*, Case No. 5:24-cv-00873.

XPEL supplies automotive paint protection film, automotive window film, ceramic coatings, architectural window film products, and related tools and equipment to support the installation of these products.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants misled the market to believe that it would increase its market share penetration by reaching an increasingly large segment of non-enthusiast car customers, which would in turn grow its revenue by a substantial percentage in 2023 and 2024.

As the truth about XPEL's business reached the market, the price of XPEL's stock suffered significant declines, harming investors. For example, on May 2, 2024, XPEL filed a Form 8-K with the United States Securities and Exchange Commission, only 5% revenue growth year-over-year – well below analyst expectations. During the associated earnings call, Defendants admitted that they had been losing customers in the aftermarket channel. On this news, XPEL's stock price fell $20.93, or nearly 39%, to close at $32.86 per share on May 2, 2024, on unusually heavy trading volume.

**Lead Plaintiff Deadline**

If you purchased XPEL securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. ***If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the United States District Court for the Western District of Texas no later than October 7, 2024.*** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do**

Case 5:24-cv-00873-JKP    Document 13-2    Filed 10/07/24    Page 3 of 3

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

## Contacts

**Nicholas S. Bruno**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 17th Floor, New York, NY 10169**

**(888) 398-9312**

**nbruno@scott-scott.com**