# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 11/08/2023 to 05/02/2024**

**XPEL INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **XPEL INC** | **98379L100** | **BJV2ZZ7** | **US98379L1008** | **$36.18387** | * |

**Greg Adishian**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 1/31/2024 | 4,600 | $53.88 | -$247,862.26 |
| **Class Period purchases:** | | **4,600** | | **-$247,862.26** |
| | LIFO Retained Purchases: | 4,600 | $36.18387 | $166,445.81 |

**\* Value of retained shares is the mean trading price from 05/03/2024 to 08/01/2024**       **LIFO Gain/(Loss):  -$81,416.45**