UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREG ADISHIAN on Behalf of Himself and ALL Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-873-JKP (HJB) |
| XPEL TECHNOLOGIES CORP, CEO RYAN L. PAPE, and CFO BARRY R. WOOD, | § § § § § | |
| Defendants. | § § | |

**ORDER CHANGING STATUS CONFERENCE
TO VIDEO CONFERENCE**

It is hereby **ORDERED** that the Status Conference on **November 13, 2024**, at **2:30 P.M.**, previously set in-person, will now be held by video.  (*See* Docket Entry 8.)   On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.   If experiencing any technical difficulties, counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on November 1, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge