UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREG ADISHIAN on Behalf of Himself and ALL Others Similarly Situated, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | SA-24-CV-873-JKP (HJB) |
| XPEL TECHNOLOGIES CORP, CEO RYAN L. PAPE, and CFO BARRY R. WOOD, | § § § § | |
| Defendants. | § § | |

## ORDER

Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 6.)  In consideration of Defendants' Unopposed Motion for Scheduling Order (Docket Entry 17) and in accordance with the Status Conference held on November 13, 2024, the Court sets the following deadlines:

Plaintiffs' deadline to file an Amended Complaint is **December 23, 2024**.  Defendants' deadline to file a Motion to Dismiss Plaintiff's Amended Complaint is **February 6, 2025**, Plaintiffs' deadline to respond is **March 24, 2025**, and Defendants' deadline to reply is **April 21, 2024**.

It is so **ORDERED**.

**SIGNED** on November 14, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge